```
1    Kent F. Larsen, Esq.
     Nevada Bar No. 3463
2    SMITH LARSEN & WIXOM
     Hills Center Business Park
3    1935 Village Center Circle
     Las Vegas, Nevada 89134
4    Tel:  (702) 252-5002
     Fax:  (702) 252-5006
5    Email: kfl@slwlaw.com
     Attorneys for Defendant
6    JPMorgan Chase Bank, N.A.
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MALCOLM AND SUZY HUNT, | Case No. 3:14-cv-00359-MMD-WGC |
| Plaintiffs, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER DISMISSING ALL CLAIMS, WITHOUT PREJUDICE** |
| MTC FINANCIAL DBA TRUSTEE CORPS, JPMORGAN CHASE BANK, N.A., | |
| Defendants. | |

Defendants JPMorgan Chase Bank, N.A. ("Chase") and MTC Financial, Inc. ("MTC") and Plaintiffs Malcolm and Suzy Hunt ("Plaintiffs"), by and through their respective counsel, hereby stipulate and agree as follows:

    1.    That all claims of Plaintiffs in the above-captioned matter shall be dismissed **without prejudice**; and,

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2.   Each party to this stipulation shall bear its own costs and attorneys' fees in connection with this action.

| SMITH LARSEN & WIXOM | THE KIDDER LAW GROUP, LTD |
|---|---|
| /s/ Kent F. Larsen | /s/ Karlon J. Kidder |
| Kent F. Larsen, Esq. | Karlon J. Kidder. Esq. |
| Nevada Bar No. 3043 | Nevada Bar No. 11622 |
| 1935 Village Center Circle | 1311 N. McCarran Boulevard, Suite 102 |
| Las Vegas, Nevada 89134 | Sparks, Nevada 89431 |
| Attorneys for Defendant | Attorneys for Plaintiff |
| JPMorgan Chase Bank, N.A. | Malcolm Hunt and Suzy Hunt |
| Dated: December 16, 2015 | Dated: December 16, 2015 |

BURKE, WILLIAMS & SORENSON, L.L.P.

/s/ Richard J. Reynolds
Richard J. Reynolds, Esq.
Nevada Bar No. 11864
1851 East First Street, Suite 1550
Santa Ana, California 92705-4067
Attorneys for Defendant
MTC Financial dba Trustee Corps

Dated: December 16, 2015

### ORDER

**IT IS SO ORDERED.**

DATED this 17th day of December, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE